## FENDER v. HENDLEY.

GRICE, Justice. 1. There being no allegation in the petition that the plaintiff is in possession of the land, but on the contrary the petition containing an averment that the defendant therein fails and refuses to yield possession to plaintiff, who is alleged to be the owner thereof, it was erroneous to enjoin the defendant from in any manner interfering with the possession of the plaintiff in and to the land in question, for the reason that the injunctive order was mandatory in its nature, and not within the proper scope of the writ of injunction. Code, § 55-110; *Brown* v. *Toole*, 150 *Ga.* 196 (2) (103 S. E. 226); *Cannon* v. *Montgomery*, 184 *Ga.* 588 (3) (192 S. E. 206); *Slaughter* v. *Land*, 190 *Ga.* 491 (2) (9 S. E. 2d, 754); *Braswell* v. *Palmer*, 191 *Ga.* 262 (4) (11 S. E. 2d, 889).

2. Since the foregoing ruling is controlling, the remaining assignments of error, all of which relate to rulings on the evidence, deal with questions which do not affect the result, and therefore need not be considered. *Judgment reversed. All the Justices concur.*

No. 14454. MARCH 10, 1943.

*E. R. Smith, Elsie H. Griner* and *William Storey,* for plaintiff in error. *I. H. Corbitt* and *L. J. Courson,* contra.